RECEIVED

MAY 12 2011

NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENE HEUSCHER,

        Plaintiff,

v.

HEARTLAND AUTOMOTIVE SERVICES, INC.,

        Defendant.

CASE NO. 3:11-cv-02048-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael J. McMorrow, whose business address and telephone number is 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654 (312) 589-6370 mjmcmorrow@edelson.com and who is an active member in good standing of the bar of the state of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, Rene Heuscher

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 17, 2011

Honorable Maxine M. Chesney
United States District Judge